IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARRY WHITTEN,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., and LVNV FUNDING, LLC,<br><br>Defendants. | 4:24CV3145<br><br>ORDER |

    This matter is before the Court on Defendant Citibank, N.A. ("Citibank") and Plaintiff's joint status report. Filing No. 32. On March 5, 2025, the Court granted Citibank's Motion to Compel Arbitration, Filing No. 11, stayed the case[1] pending arbitration, and directed the parties to submit a joint status report updating the Court on the progress of arbitration every ninety (90) days. Filing No. 28. Six months later, Plaintiff is still investigating the proper forum to commence arbitration. The Court finds it appropriate to expedite the parties' next status report.

    Accordingly,

    IT IS ORDERED:

1. Plaintiff and Citibank shall file a joint status report regarding the progress of arbitration by **October 9, 2025**. If arbitration has not commenced, the parties are ordered to explain, in detail, the reason for the delay.

---

[1] Including the claims against Defendant LVNV Funding, LLC.

1

2. Failure to comply may result in a status conference with the Court or an order to show cause as to why the Court should not dismiss Plaintiff's claims against Citibank for want of prosecution.
3. Plaintiff and Citibank shall resume filing a joint status report regarding the progress of arbitration every ninety (90) days beginning January 7, 2026 or ninety days after the parties file the expedited status report set forth in this Order, whichever occurs earlier.

Dated this 9th day of September, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge