IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARRY WHITTEN,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.,<br><br>Defendants. | **4:24CV3145**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff's Motion to Dismiss Claims Against Citibank, N.A. (Filing No. 71.) Defendant Citibank, N.A., has informed the Court it has no objection to the Motion. Defendant LVNV Funding, LLC, who is also a defendant in this action, has not responded to whether it has an objection, and the time to respond has expired. The Court will grant the Motion.

**IT IS ORDERED** that Plaintiff's individual claims against Defendant Citibank, N.A., are dismissed with prejudice and any putative class claims against Citibank, N.A., are dismissed without prejudice to absent putative class members, with each party to bear its own costs and fees. Plaintiff's claims against Defendant LVNV Funding, LLC remain pending.

Dated this 20th day of November, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge